Lisa A. McClane, Bar No. 10139
Daniel I. Aquino, Bar No. 12682
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
lisa.mcclane@jacksonlewis.com
daniel.aquino@jacksonlewis.com

*Attorneys for Defendant Mandalay Bay, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GILBERTO HERNANDEZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA PROPERTY I LLC, a Delaware Limited Liability Company doing business as THE COSMOPOLITAN OF LAS VEGAS, DOES I through X, inclusive, and ROE CORPORATIONS 1 through X, inclusive,,<br><br>Defendants. | Case No. 2:18-cv-02065-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant NEVADA PROPERTY I LLC, a Delaware Limited Liability Company doing business as THE COSMOPOLITAN OF LAS VEGAS, ("The Cosmopolitan" or "Defendant"), by and through its counsel, Jackson Lewis P.C., and Plaintiff Gilberto Hernandez ("Plaintiff") by and through her counsel, Ryan Alexander, CHTD., hereby stipulate and agree to extend the time for Defendant to file an answer or otherwise respond to Plaintiff's Complaint. Defendant's response is due on November 19, 2018. Plaintiff and Defendant have agreed to a brief two week extension of time up to and including, December 3, 2018 for Defendant to file a response to the Complaint.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 19th day of November, 2018.

| **JACKSON LEWIS P.C.** | **RYAN ALEXANDER CHTD.** |
|---|---|
| */s/ Lisa A. McClane* | */s/ Ryan Alexander* |
| Lisa A. McClane, Bar No. 10139 | Ryan Alexander, Bar No. 10845 |
| Daniel I. Aquino, Bar No. 12682 | 3017 West Charleston Blvd., Suite 58 |
| 3800 Howard Hughes Parkway, Suite 600 | Las Vegas, Nevada 89102 |
| Las Vegas, Nevada 89169 | |
| *Attorneys for Defendant* | *Attorneys for Plaintiff Gilberto Hernandez* |
| *Nevada Restaurant Services, Inc.* | |
| *dba Dotty's* | |

**ORDER**

**IT IS SO ORDERED.**

/s/ George Foley Jr.

UNITED STATES MAGISTRATE JUDGE

Dated: 11-20-2018